UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE URBAN,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BAYER CORPORATION PHARMACEUTICAL DIVISION,<br><br>　　　　　Defendant. | Civil Action No. : 005-1305<br><br>**ORDER** |

　　　　This matter having come before the Court on defendant's motion for summary judgment, the Court having considered the parties' submissions, for the reasons stated in the Opinion filed herewith, and for good cause shown;

　　　　**It is** on this 13th day of November, 2006,

　　　　**ORDERED** that defendant's motion for summary judgment is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/   Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　　　**Katharine S. Hayden, U.S.D.J.**